_240240_ Original
_____
Number/Alien Registration Number

FCI Loretto
_____
Place of Confinement

Po Box 1000
_____
Mailing Address

Cresson, PA 16630
_____
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT WESTERN DISTRICT OF PENNSYLVANIA

Julian Hall
_____
(Full Name of Petitioner)

                Petitioner,

vs.

M. Underwood, Warden
_____
(Name of Warden, Jailor or authorized person having custody of Petitioner)

                Respondent.

)
)
)
)
) Case No. 3:23-cv-98
) (To be supplied by Clerk)
)
)
) Petitioner Under 28 U.S.C. § 2241
) For a Writ Of Habeas Corpus
) By a Person In Federal Custody
)
)
)
)

RECEIVED

MAY 19 2023

CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

### EMERGENCY
### PETITION

1.  What are you challenging in this petition?
- ☐ Bureau of Prisons sentence calculation or loss of good-time credits
- ☐ Immigration detention
- ☐ Probation, parole or supervised release
- ☒ Other (explain): Respondent is presently executing Petitioner's sentence in an illegal and unconstitutional manner in depriving Petitioner of Time Credits.

2.  (a) Name and location of the agency or court that made the decision you are challenging: _____
FCI Loretto, Po Box 1000, Cresson, PA 16630 _____

(b) Case or opinion number: __n/a__ ___ __

(c) Decision made by the agency or court: verbal with Case Manager Yingling, Counselor Hanlon, and Unit Manager Fannin (see Exhibit 8). Petitioner received documentation from September and December 2022 (see Exhibit 7) stating he's ineligible for First Step Act earned time credits.

(d) Date of the decision: _Various_

3.  Did you appeal the decision to a higher agency or court? Yes ☒ No ☐

    If yes, answer the following:

    (a) First appeal: BP-8

        (1) Name of the agency or court: _FCI Loretto_

        (2) Date you filed: _4/12/23_

        (3) Opinion or case number: _n/a_

        (4) Result: _Denied relief based on outdated program statement_

        (5) Date of result: _4/15/23_

        (6) Issues raised: _See Exhibit 1_

    **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

    (b) Second appeal: BP-9

        (1) Name of the agency or court: _FCI Loretto_

        (2) Date you filed: _4/17/23_

        (3) Opinion or case number: _1159190-F1_

        (4) Result: _Raised more than 1 issue; HC and RRC are separate issues_

        (5) Date of result: _4/25/23_

        (6) Issues raised: _See Exhibit 2_

    **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

    (c) Third appeal: BP-10

        (1) Name of the agency or court: _BOP Regional Office_

(2) Date you filed: ___4/30/23_____

(3) Opinion or case number: _____

(4) Result: ___Pending_____

(5) Date of result: __Pending_____

(6) Issues raised: ___See Exhibit 3_____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

4.    If you did not appeal the decision to a higher agency or court, explain why you did not:_____
While courts have routinely required federal prisoners to fully exhaust their administrative remedies, such is
not required here. The issue presented is one of statutory construction of a statute promulgated by Congress.
See Goodman v Ortiz, 2020 US Dist 153874 (DNJ 2020); Harris v Martin, 792 F.2d 52, n.2 (3rd Cir 1996);
Coleman v US Parole Comm'n, 644 F Appx 159, 162 (3rd Cir 2010).

5.    Other than the appeals listed above, have you filed any other petitions, applications or motions
concerning the issues raised in this petition?
          Yes ☐
          No ☒

     If yes, answer the following:

(a) Name of the agency or court: ___n/a_____

(b) Date you filed: _____n/a_____

(c) Opinion or case number: _____n/a_____

(d) Result: _____n/a_____

(e) Date of result: _____n/a_____

(f) Issues raised: _____n/a_____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

6.    For this petition, state every ground on which you claim that you are being held in violation of the
Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four
grounds. State the <u>facts</u> supporting each ground.

**CAUTION:** <u>To proceed in the federal court, you must ordinarily first exhaust (use up) your available administrative remedies on each ground on which you request action by the federal court.</u>

**GROUND ONE:** <u>Petitioner is being denied earned Time Credits which would expedite his release from</u> <u>prison, is being held beyond his release date, based on Petitioner's alienage contrary to Congressional</u> <u>intent and the Equal Protection Clause of the Fifth and Fourteenth Amendment.</u>

   (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.): <u>See attached affidavit</u>

   (b) Did you exhaust all available administrative remedies relating to Ground One? Yes ☐ No ☒

   (c) If yes, did you present the issue to:  n/a
         ☐ The Office of General Counsel
         ☐ The Board of Immigration Appeals
         ☐ The Parole Commission
         ☐ Other: _____

   (d) If you did not exhaust all available administrative remedies relating to Ground One, explain why:

4

_____
_____
_____
_____
_____
_____
_____
_____

**GROUND TWO:** _____ n/a _____

_____
_____
_____
_____

(a)  Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.): _____ n/a _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(b)  Did you exhaust all available administrative remedies relating to Ground Two?  Yes ☐  No ☐  · n/a

(c)  If yes, did you present the issue to:  n/a ·

5

    ☐ The Office of General Counsel
    ☐ The Board of Immigration Appeals
    ☐ The Parole Commission
    ☐ Other: _____ n/a

(d) If you did not exhaust all.available administrative remedies relating to Ground Two, explain why:
n/a
_____
_____
_____
_____
_____
_____

**GROUND THREE:** _____ n/a
_____
_____
_____
_____

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):
n/a
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

6

(b)  Did you exhaust all available administrative remedies relating to Ground Three?  Yes ☐ No ☐

n/a

(c)  If yes, did you present the issue to:
    ☐ The Office of General Counsel
    ☐ The Board of Immigration Appeals
    ☐ The Parole Commission
    ☐ Other: _____ n/a

(d)  If you did not exhaust all available administrative remedies relating to Ground Three, explain why:
_____ n/a _____
_____
_____
_____
_____
_____
_____

**GROUND FOUR:** _____ · n/a
_____
_____
_____
_____

(a)  Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.):
_____ n/a _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

7

_____

(b) Did you exhaust all available administrative remedies relating to Ground Four? Yes ☐ No ☐
n/a

(c) If yes, did you present the issue to:
☐ The Office of General Counsel
☐ The Board of Immigration Appeals
☐ The Parole Commission
☐ Other: _____ n/a _____

(d) If you did not exhaust all available administrative remedies relating to Ground Four, explain why:
_____ n/a _____

_____

**Please answer these additional questions about this petition:**

7.    Are you challenging your conviction or sentence in any of the grounds raised above? Yes ☐ No ☐
(Claims challenging a federal conviction or sentence may only be raised in a motion under 28 U.S.C. § 2255,
unless the § 2255 motion is legally inadequate or ineffective.)

If yes, answer the following:    n/a

(a)    Have you filed a motion under 28 U.S.C. § 2255?Yes ☐  No ☒

If yes, answer the following:

(1) Name of court: _____ n/a _____

(2) Case number: _____ n/a _____

(3) Opinion or case number: ___ n/a _____

(4) Result: _____ n/a _____

(5) Date of result: _____ n/a _____

8

(6) Issues raised: _____ n/a _____

_____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(b)    Explain why the remedy under § 2255 is inadequate or ineffective: __Time barred__

_____

_____

_____

8.    If this case concerns immigration removal proceedings, answer the following:

(a)    Date you were taken into immigration custody: ____ n/a _____

(b)    Date of removal or reinstatement order: _____ n/a _____

(c)    Did you file an appeal with the Board of Immigration Appeals? Yes ☐ No ☐    n/a

(1) Date you filed: _____ n/a _____

(2) Case number: _____ n/a _____

(3) Result: _____ n/a _____

(4) Date of result: _____ n/a _____

(5) Issues raised: _____ n/a _____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(d)    Did you file an appeal with the federal court of appeals?
Yes ☐   No ☒ ✓

(1) Name of the court: _____ n/a _____

(2) Date you filed: _____ n/a _____

(3) Case number: _____ n/a _____

(4) Result: _____ n/a _____

(5) Date of result: _____ n/a

(6) Issues raised: _____ n/a

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

9.      Petitioner asks that the Court grant the following relief: Given the fact the Petitioner is now being held illegally more than one month beyond his out date he is asking the Honorable Court to ORDER the Respondent to Show Cause within 3 days as to why the writ should not be granted and his immediate release ordered.

or any other relief to which Petitioner may be entitled. (Money damages are not available in habeas corpus cases.)

      I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on May 15, 2023 _____(month, day, year).

**Signature of Petitioner**
Julian Hall

_____     May 15, 2023
Signature of attorney, if any        Date